
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIXIAN SUN,<br><br>  Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, et al.,<br><br>  Defendants. | CASE NO. 2:25-CV-1724<br><br>**ORDER DISMISSING ACTION AND VACATING ALL FUTURE MOTION AND HEARING DATES** |

The Court granted Defendants' Motion to Dismiss Plaintiff's Complaint on June 12, 2025 (Dkt. No. 14). The Court granted Plaintiff forty-five (45) days to amend the Complaint. Plaintiff has filed no amended Complaint. Accordingly, the action is dismissed and all future motion and hearing dates are vacated.

**IT IS SO ORDERED.**

Dated: December 8, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.